UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IO GROUP, INC.<br><br>   Plaintiff,<br><br>  v.<br><br>FANTASY MEDIA GROUP,<br><br>   Defendant.<br>_____/ | No. C-04-05406 MEJ (EDL)<br><br>NOTICE OF CONTINUANCE<br><u>OF SETTLEMENT CONFERENCE</u> |

TO ALL PARTIES AND COUNSEL OF RECORD:

You are hereby notified that the conference scheduled for July 28, 2005 in Courtroom E, 15th Floor, 450 Golden Gate Avenue, San Francisco, California 94102 has been continued until **July 29, 2005 at 9:30 a.m**.

Settlement Conference statements shall be submitted no later than July 19, 2005.  All other provisions of the Court's prior Notice of Settlement Conference and Settlement Conference Order remain in effect.

The parties shall notify Magistrate Judge Laporte's chambers immediately if this case settles prior to the date set for settlement conference.

Dated:  June 6, 2005

                     _/s/ Elizabeth D. Laporte_____
                     ELIZABETH D. LAPORTE
                     United States Magistrate Judge