```
GILL SPERLEIN (172887)
THE LAW OFFICE OF GILL SPERLEIN
584 Castro Street, Suite 849
San Francisco, California  94114
Telephone: (415)378-2625
sperlein@aol.com

Attorney for Plaintiff
IO GROUP, INC.
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| IO GROUP, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>FANTASY MEDIA GROUP,<br><br>Defendant. | CASE NO.: 04-05406 (MEJ)<br><br>STIPULATION OF DISMISSAL<br>FRCP 41(a)(1)<br><br>ORDER CLOSING FILE |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1).

Dated: September ~~September~~ Oct 19, 2005

_____          _____
Keith Webb for                      Gill Sperlein, Law Office of Gill Sperlein
Plaintiff Io Group, Inc.            attorneys for plaintiff

Dated: September 29, 2005

_____          _____
Chris Bierrum for                   John Kelley, Sequoia Law Group
Defendant Fantasy Media Group       attorneys for defendant

The Clerk of Court shall close the file.

Dated: October 20, 2005

[IT IS SO ORDERED — Judge Maria-Elena James, United States District Court, Northern District of California]

-1-

STIPULATION OF DISMISSAL
04-5406 (MEJ)